IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL EUGENE TAYLOR, | 1:07-cv-00459-AWI-SMS-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 14.) |
| JAMES A. YATES, et al., | ORDER DENYING MOTION FOR INJUNCTIVE RELIEF |
| Defendants. | (Doc. 13.) |

Darryl Eugene Taylor ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 14, 2009, findings and recommendations were entered, construing plaintiff's motion entitled "Motion: Due Process Clause, Department of Correction Retaliation Against Plaintiff," filed August 15, 2008, as a motion for injunctive relief, and recommending that the motion for injunctive relief be denied. (Doc. 14.) Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1

file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 14, 2009, are ADOPTED in full;

2. Plaintiff's motion for injunctive relief, filed August 15, 2008 and entitled "Motion: Due Process Clause, Department of Correction Retaliation Against Plaintiff," is DENIED.

IT IS SO ORDERED.

**Dated:     March 25, 2009**                        /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE