# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL EUGENE TAYLOR, | 1:07-cv-00459-AWI-SMS-PC |
| Plaintiff, | |
| v. | ORDER RESPONDING TO PLAINTIFF'S MOTION FOR SCREENING |
| JAMES A. YATES, et al., | (Doc. 15.) |
| Defendants. | |

Darryl Eugene Taylor ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 9, 2007 at the United States District Court for the Central District of California. On March 14, 2007, the case was transferred to the Eastern District of California and received at this court on March 23, 2007. (Doc. 1.) On July 10, 2008, plaintiff filed an amended complaint. (Doc. 12.) On January 16, 2009, plaintiff filed a motion for the court to screen the amended complaint as soon as possible. (Doc. 15.).

In his motion, plaintiff notes that he filed the amended complaint on July 10, 2008, in response to the court's order of June 26, 2008, and the court has not screened the amended complaint.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).

1 | The court screens complaints in the order in which they are filed and strives to avoid delays
2 | whenever possible. Plaintiff's amended complaint will be screened in due time.
3 |   Plaintiff's motion is hereby RESOLVED by this order.
4 | IT IS SO ORDERED.
5 | **Dated:  April 6, 2009**        **/s/ Sandra M. Snyder**
                    UNITED STATES MAGISTRATE JUDGE